**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-------------

**No. 95-8598**

-------------

JAMES A. BUTLER,

Plaintiff - Appellant,

versus

RAPPAHANNOCK SECURITY CENTER REGIONAL JAIL;
MORTTON J. LEIBOWITZ, Superintendent; JOHN R.
KUPLINSKI, Deputy Superintendent; OFFICER
PIQUET; OFFICER CHASTIE; HOUSTON NORRIS,
Corporal; JOHN DOE'S,

Defendants - Appellees.

-------------

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CA-95-777-2)

-------------

Submitted: June 20, 1996        Decided: June 28, 1996

-------------

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

-------------

Dismissed by unpublished per curiam opinion.

-------------

James A. Butler, Appellant Pro Se.

-------------

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order overruling his objections to the payment of a partial filing fee and granting him an extension of time to file the fee. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2